

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number:      01-20-00208-CV

Trial Court Cause
Number:      14-DCV-219641

Style:      Sandeep Patel and ERCC Construction Company, LLC

      **v** Warwick Construction, Inc.

Date motion filed*:      2/18/2022

Type of motion:      Opposed motion for extension of time to file a motion for rehearing

Party filing motion:      Appellee Warwick Construction, Inc.

Document to be filed:      Motion for rehearing

Is appeal accelerated? ☒ Yes    ☐ No

If motion to extend time:

      Original due date:      February 4, 2022

      Number of previous extensions granted:      0

      Date Requested:      March 3, 2022

Ordered that motion is:

    ☒   Granted

        If document is to be filed, document due:  March 3, 2022

        ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☐   Denied

    ☐   Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐   Other:

Judge's signature: /s/ Peter Kelly
        ☒ Acting individually     ☐ Acting for the Court

Date: February 28, 2022